UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Clara Lucille Bowman      Case # 5:23-bk-00907

Debtor      CHAPTER 13

## AMENDED MATRIX

PHFA
211 North Front St
Harrisburg, PA 1711

Howard W. Bowman, Jr.
1332 C Upper Raven Creek Road
Benton, PA 17814

Dated: May 9, 2023      /s/Clara Lucille Bowman
     Debtor