**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Clara Lucille Bowman | Case # 5:23-bk-00907 |
| Debtor | CHAPTER 13 |

### CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 9th day of May, 2023, a true and correct copy of the Amended Matrix was served by electronic mail to the following parties listed below:

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

And was also served first class mail, postage prepaid on May 9, 2023 upon the party listed on the Amended Matrix along with a copy of the Form 309I titled Notice of Chapter 13 Bankruptcy Case.

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102