# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Clara Lucille Bowman<br><br>    Debtor(s) | CHAPTER 13<br><br>CASE NO. 5:23-bk-00907-MJC |

## AMENDED CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 20th day of July, 2023 a true and correct copy of the 1st Amended Chapter 13 Plan was served by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon all creditors listed in the creditor matrix as well as the individuals set forth below:

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

Michael Patrick Farrington, Esquire
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106
mfarrington@kmllawgroup.com

Leon P Haller, Esquire
Purcell Krug and Haller
1719 North Front Street
Harrisburg, PA 17102-2392
lhaller@pkh.com

Katie Housman, Esquire
Purcell, Krug, & Haller
1719 North Front Street
Harrisburg, PA 17102
khousman@pkh.com

Pennsylvania Housing Finace Agency-HEMAP, d/b/a PHFA
211 North Front Street
Harrisburg, PA 17101

Howard W. Bowman Jr
1332 C Upper Raven Creek Rd
Benton, PA 17814

Nationstar d/b/a Mr. Cooper
PO Box 199111
Dallas, TX 75235

Secretary of Housing & Urban Development
451 Seventh Street SW
Washington, DE 20410-8000

Date: <u>July 20, 2023</u>

Laputka Law Office, LLC

<u>/s/ Charles Laputka, Esquire</u>
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102