LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLC
BANKRUPTCY DEPARTMENT
1544 Old Alabama Rd
Roswell, GA 30076
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

January 28, 2024

Clerk, United States Bankruptcy Court
217 Max Rosenn U.S. Courthouse
197 S. Main St.
Wilkes-Barre, PA 18701

## REQUEST FOR SERVICE OF NOTICES

RE:
| | |
|---|---|
| Debtor | Clara Lucille Bowman |
| Case Number | 23-00907 |
| Chapter | 13 |
| Secured Creditor | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust |
| Loan Number | XXXXXX7824 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Rd
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Maria Tsagaris*
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
1544 Old Alabama Rd
Roswell, GA 30076
Phone: 678-281-6532
Email: Maria.Tsagaris@mccalla.com
Attorney Bar No: 143071