UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CLARA LUCILLE BOWMAN

       Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

CLARA LUCILLE BOWMAN

CASE NO: 5-23-00907-MJC

    Respondent(s)

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

AND NOW, on August 27, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and requests that the Certification of Default filed on August 21, 2024, be withdrawn so an amended copy may be filed.

    Respectfully submitted,

    /s/   Agatha R. McHale, Esquire
    ID:  47613
    Attorney for Trustee
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone:  (717) 566-6097
    email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CLARA LUCILLE BOWMAN

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CLARA LUCILLE BOWMAN

Respondent(s)

CHAPTER 13

CASE NO: 5-23-00907-MJC

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 27, 2024, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
CHARLES LAPUTKA ESQUIRE
1344 WEST HAMILTON STREET
ALLENTOWN PA 18102-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

<u>Served by First Class Mail</u>
CLARA LUCILLE BOWMAN
1332 C UPPER RAVEN CREEK RD
BENTON PA 17814

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 27, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com