UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CLARA LUCILLE BOWMAN

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CLARA LUCILLE BOWMAN

    Respondent(s)

CHAPTER 13

CASE NO: 5-23-00907-MJC

## CERTIFICATION OF DEFAULT

AND NOW on August 28, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

As of August 28, 2024, the Debtor(s) is/are $1648.00 in arrears.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Dated: August 28, 2024

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CLARA LUCILLE BOWMAN

      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

CHAPTER 13

CASE NO: 5-23-00907-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 28, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically
CHARLES LAPUTKA ESQUIRE
1344 WEST HAMILTON STREET
ALLENTOWN PA  18102-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by First Class Mail
CLARA LUCILLE BOWMAN
1332 C UPPER RAVEN CREEK RD
BENTON  PA  17814


I certify under penalty of perjury that the foregoing is true and correct.


Date:  August 28, 2024

/s/  Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com