United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Clara Lucille Bowman  
    Debtor

Case No. 23-00907-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Sep 03, 2024      Form ID: pdf010      Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clara Lucille Bowman, 1332 C Upper Raven Creek Rd, Benton, PA 17814-7763 |
| cr | + | Pennsylvania Housing Finace Agency-HEMAP, d/b/a PH, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5540087 | + | Howard W. Bowman, Jr., 1332 C Upper Raven Creek Road, Benton, PA 17814-7763 |
| 5536771 | | Nationstar d/b/a Mr. Cooper, PO Box 199111, Dallas, TX 75235 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 03 2024 19:12:00 | US Bank Trust National Association, Not In Its Ind, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5536770 | | ^ MEBN | Sep 03 2024 19:05:52 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5592453 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 03 2024 19:12:00 | US Bank Trust National Association, Not In Its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5551459 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 03 2024 19:12:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5540086 | + | Email/Text: blegal@phfa.org | Sep 03 2024 19:12:00 | PHFA, 211 North Front St, Harrisburg, PA 17101-1466 |
| 5549025 | + | Email/Text: blegal@phfa.org | Sep 03 2024 19:12:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5536772 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 03 2024 19:11:02 | Secretary of Housing & Urban Devel., 451 Seventh Street SW, Washington, DC 20410-8000 |
| 5590173 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 03 2024 19:12:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5590172 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 03 2024 19:12:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2024   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust blemon@kmllawgroup.com |
| Brent J Lemon | on behalf of Creditor NATIONSTAR MORTGAGE LLC blemon@kmllawgroup.com |
| Charles Laputka | on behalf of Debtor 1 Clara Lucille Bowman claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finace Agency-HEMAP d/b/a PHFA khousman@pkh.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finace Agency-HEMAP d/b/a PHFA lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| CLARA LUCILLE BOWMAN | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 5:23-00907-MJC |

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   vs.               Movant(s)

CLARA LUCILLE BOWMAN

                Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 61, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 2, 2024